# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*Dallas Division*

ROBERT LEE JONES

Plaintiff

v.

AUTOZONE, INC., AUTOZONE TEXAS, L.P.

Defendant

3:09-CV-1708-D

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

AUTOZONE, INC., AUTOZONE TEXAS, L.P., AND AUTOZONERS, LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

As to AutoZone, Inc., there is no publicly held corporation that owns 10 % or more of its stock. As to AutoZone, Texas, L.P., its parent company is AutoZone, Inc. and there is no publicly held corporation that owns 10 % or more of its stock.
As to AutoZoners, LLC there are no publicly held corporations that own 10 % of more of its stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

AutoZone, Inc., is a Nevada Corporation with its principal place of business in Tennessee. There are no other constituent entities.
AutoZone, Texas, L.P. is a Nevada Limited Partnership with its principal place of business in Tennessee. Its constituent members are AutoZone Stores, Inc., a Nevada Corporation and AZ Texas Operations, LLC, a Nevada Corporation.
AutoZoners, LLC is a Nevada Corporation with its principal place of business in Tennessee. There are no other constituent entities.

| | |
|---|---|
| Date: | October 21, 2009 |
| Signature: | /s/ |
| Print Name: | Henry S. Wehrmann |
| Bar Number: | 21076400 |
| Address: | 9330 Lyndon B. Johnson Freeway, s |
| City, State, Zip: | Dallas, TX 75243 |
| Telephone: | 972-231-6001 |
| Fax: | 972-231-7004 |
| E-Mail: | hwehrmann@earthlink.net |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons